UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKE NGUYEN, on Behalf of Himself and on Behalf of All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EOS IT MANAGEMENT SOLUTIONS INC., and EOS UNIFIED SOLUTIONS, INC., <br><br> Defendants. | Civil Action No. 5:17-3604-EJD <br><br> JOINT STATUS REPORT AND RESPONSE TO SHOW CAUSE ORDER <br><br> Date: January 28, 2019 |

**GRANTED** — Judge Edward J. Davila — 1/29/2019

## JOINT RESPONSE TO SHOW CAUSE ORDER

**I.**

On November 19, 2018, the Parties submitted their status report informing the Court that they had reached a settlement of this case. (Dkt. 56). The Parties currently anticipate the final settlement being signed by the Parties within seven days.

In the Court's Show Cause Order of November 20, 2018, the Court informed the Parties that the "Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)" before January 28, 2019. The Parties respectfully request a seven day extension of time to file the stipulation of dismissal.

**II.**

The Parties further respectfully ask that the Court cancel the status conference currently set for February 7, 2019 upon the filing of the stipulation of dismissal.

**1**      Case No. 5:17-3604-EJD

**JOINT STATUS REPORT AND RESPONSE TO SHOW CAUSE ORDER**

DATED: January 28, 2019

The Court GRANTS the Parties' request for a seven-day extension of time to file the stipulation of dismissal. The stipulation of dismissal is now due 2/4/2019. The Court will cancel the status conference set for 2/7/2019 when the Parties file the stipulation of dismissal.

Respectfully submitted,

WYLY & COOK, PLLC

/s/ *Kelly E. Cook*
Kelly E. Cook (TX Bar No. 24062675)
(admitted *pro hac vice*)
Wyly & Cook, PLLC
4101 Washington Ave. 2nd Floor
Houston, TX 77007
Telephone: (713) 236-8330
Facsimile: (713) 863-8502
Email: kcook@wylycooklaw.com

KENNEDY HODGES, LLP

/s/ *Don Foty*
Don J. Foty (TX Bar No. 24050022)
(admitted *pro hac vice*)
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Fax: (713) 523-1116
Email: dfoty@kennedyhodges.com

*Counsel for Plaintiff*

-AND-

/s/ *Marcia N. Jackson*
Marcia N. Jackson (CA SBN 173682)
WICK PHILLIPS GOULD & MARTIN LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255
Email: mjackson@wickphillips.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**2**     Case No. 5:17-3604-EJD
**JOINT STATUS REPORT AND RESPONSE TO SHOW CAUSE ORDER**

I hereby certify that a true and correct copy of the above and foregoing document has been sent to counsel of record for Defendants by means of ECF this 28th day of January 2019:

Marcia N. Jackson (CA SBN 173682)
WICK PHILLIPS GOULD & MARTIN LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
marcia.jackson@wickphillips.com

John F. Hyland (CA Bar No. 178875)
RUKIN HYLAND LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Phone: (415) 421-1800
Fax: (415) 421-1700
Email: jhyland@rukinhyland.com

*Attorneys for Defendants*
*EOS IT Management Solutions,*
*Inc., and EOS Unified Solutions, Inc.*

                                                              /s/ *Don Foty*
                                                                Don Foty