UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MIKE NGUYEN, on Behalf of Himself and on Behalf of All Other Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>EOS IT MANAGEMENT SOLUTIONS INC., and EOS UNIFIED SOLUTIONS, INC.,<br><br>　　　Defendants. | Civil Action No. 5:17-3604-EJD<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Mike Nguyen and Defendants EOS IT Management Solutions, Inc. and EOS Unified Solution, Inc. ("Plaintiff and Defendant collectively referred to as the "Parties"), through their respective undersigned attorneys, hereby submit the following Stipulation of Dismissal with Prejudice Under Rule 41(a)(1)(A)(ii).

WHEREFORE, the Parties hereby request this Honorable Court to enter an order dismissing the above matter with prejudice and for such other and further relief as the Court may deem appropriate.

DATED: February 4, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KENNEDY HODGES, LLP

　　　　　　　　　　　　　　　　　　　/s/ *Don Foty*

Don J. Foty (TX Bar No. 24050022)
(admitted *pro hac vice*)
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Fax: (713) 523-1116
Email: dfoty@kennedyhodges.com
WYLY & COOK, PLLC
*Counsel for Plaintiff*

/s/ *Kelly E. Cook*
Kelly E. Cook (TX Bar No. 24062675)
(admitted *pro hac vice*)
Wyly & Cook, PLLC
4101 Washington Ave. 2nd Floor
Houston, TX 77007
Telephone: (713) 236-8330
Facsimile: (713) 863-8502
Email: kcook@wylycooklaw.com
*Counsel for Plaintiff*

-AND-

/s/ *Marcia N. Jackson*
Marcia N. Jackson (CA SBN 173682)
WICK PHILLIPS GOULD & MARTIN LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255
Email: mjackson@wickphillips.com

John F. Hyland (CA Bar No. 178875)
RUKIN HYLAND LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Phone: (415) 421-1800
Fax: (415) 421-1700
Email: jhyland@rukinhyland.com
*Attorneys for Defendants*
*EOS IT Management Solutions,*
*Inc., and EOS Unified Solutions, Inc.*

**2**     Case No. 5:17-3604-EJD
**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER RULE 41**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all counsel of record via ECF this 4th day of February 2019:

/s/ *Don Foty*
Don Foty

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, it is ordered that Mike Nguyen's claims against Defendants are dismissed with prejudice. All parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated: ___February 4___, 2019.

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE